Barbara **BAUMAN**; Gregory Grieco; Josefina Nunez; Gabriele Nunez; Miriam Nunez; Silvia Nunez; Emilio Guillermo Pesce; Mirta Haydee Arenas; Graciela Gigena; Guillermo Alberto Gigena, Nuria Gigena; Amelia Schiaffo; Elba Leichner; Anunciacion Spaltro De Belmonte; Hector Ratto; Eduardo Olasiregui; Ricardo Martin Hoffman; Eduardo Estiville; Alfredo Manuel Martin; Juan Jose Martin; Jose Barreiro; Alejandro Daer, Plaintiffs–Appellants,

v.

**DAIMLERCHRYSLER CORPORATION and DaimlerChrysler AG, Defendants–Appellees.**

No. 07–15386.

United States Court of Appeals, Ninth Circuit.

Feb. 28, 2014.

Terrence Patrick Collingsworth, Esquire, Senior Partner, Natacha H. Thys,

---

Esquire, Senior, Conrad & Scherer, LLP, Washington, DC, Paul Hoffman, Schonbrun Desimone Seplow Harris Hoffman & Harrison, LLP, Venice, CA, for Plaintiff–Appellant.

Peter J. Messrobian, Esquire, Sedgwick LLP, Matthew James Kemner, Esquire, Carroll, Burdick & McDonough, LLP, San Francisco, CA, Thomas Henderson Dupree, Jr., Daniel W. Nelson, Esquire, Theodore Olson, Amir C. Tayrani, Gibson Dunn & Crutcher, LLP, Washington, DC, for Defendant–Appellee.

Before: MARY M. SCHROEDER, D.W. NELSON, and STEPHEN REINHARDT, Circuit Judges.

## ORDER

In accordance with the Supreme Court's opinion of January 14, 2014, as well as the resulting judgment, the district court's order granting defendant's motion to dismiss is **AFFIRMED.**